DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
ESPINO, LEONEL J and
ESPINO, LETICIA

Case No. 07-03658-FLK13

Debtors

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $50.00, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| ESPINO, LEONEL J and ESPINO, LETICIA | 1407 JEFFERSON AVE YAKIMA, WA 98902 | $50.00 |

Dated: March 21, 2011

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 487589    3-28-11    #50.00